UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES LALL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ISIDRO BACA, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:16-cv-00469-MMD-VPC<br><br>ORDER |

Good cause appearing, respondents' motion for an extension of time (ECF No. 10) is granted. It is ordered that Respondents will have up to and including February 16, 2018, within which to respond to petitioner's first amended 28 U.S.C. § 2254 petition.

DATED THIS 13th day of December 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE