UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES LALL, | Case No. 3:16-cv-00469-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

On June 26, 2018, the Court entered an order granting in part and denying in part the Respondents' motion to dismiss. (ECF No. 14.) In particular, the Court found that the petition contains both exhausted and unexhausted claims and is therefore mixed. As the Court may not entertain a mixed habeas petition, it directed Petitioner to elect how to proceed with his petition within thirty days of the date of the Court's order. Petitioner failed to timely respond to the Court's order. On September 6, 2018, the Court gave Petitioner one more opportunity to make his election. Petitioner again has failed to timely respond to the Court's order.

Accordingly, as the petition in this case contains both exhausted and unexhausted claims, the Court cannot proceed on a mixed petition, *Rose v. Lundy*, 455 U.S. 509, 510 (1982), and Petitioner has failed to advise the Court how he would like to proceed.

It is therefore ordered that this action be and hereby is dismissed without prejudice.

It is further ordered that Petitioner is denied a certificate of appealability, as reasonable jurists would not find the Court's dismissal of the petition to be debatable or wrong.

It is further ordered that the Clerk of Court enter final judgment and close this case.

DATED THIS 25th day of October 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE